**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-00059 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| NEIKEDRIAN EDWARDS | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge in the transcript previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant Neikedrian Edwards on June 19, 2017 before Magistrate Judge Mark L. Hornsby is accepted by the Court, pursuant to the provisions of F.R.Cr.P. 11.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this 26th day of June, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE